**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JOE WALKER, II                                                    PLAINTIFF

v.                              2:07CV00067 BSM

MR. MAINTENANCE, INC.;
BOBBY DAVIS ELECTRIC CO., INC.;
and UNION PACIFIC RAILROAD CO.                    DEFENDANTS

<u>ORDER</u>

Before the court is a joint motion for dismissal without prejudice of defendant Bobby Davis Electric Co., Inc.  Each of the parties consents to the dismissal of defendant Bobby Davis Electric Co., Inc. without prejudice.

Accordingly, the joint motion for dismissal without prejudice of defendant Bobby Davis Electric Co., Inc. (Doc. No. 36) is granted.  By consent of the parties, all claims in this matter against defendant Bobby Davis Electric Co., Inc. are dismissed without prejudice, and defendant Bobby Davis Electric Co., Inc. shall not be responsible for any costs in this matter.

IT IS SO ORDERED this 3rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE