IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOE WALKER, II                                                                          PLAINTIFF

VS.                                           NO. 2:07CV67

MR. MAINTENANCE, INC.
and UNION PACIFIC RAILROAD COMPANY                                  DEFENDANTS

### FIRST MOTION *IN LIMINE*

Come defendant, Mr. Maintenance, Inc., and move the Court *in limine* to prevent plaintiff from mentioning in front of the jury or introducing into evidence, through testimony, argument or otherwise, medical expenses and/or bills which were not paid by or on behalf of plaintiff or which he or another third-party do not remain legally responsible for.  See Ark. Code Ann. § 16-55-212(b).

Defendant files herewith a separate brief in support of its motion.

/s/Randy P. Murphy, Bar No. 88046
E-mail: murphy@amhfirm.net
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas  72201
(501)372-1887
*Attorney for Mr. Maintenance, Inc.*

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above and foregoing first motion *in limine* was served upon all attorneys of record by:  (  ) electronic mail, (X) filing electronically (ECF), (  ) fax, (  ) hand delivery, ( ) overnight mail, (   ) mailing a copy to their respective offices, via First Class, U.S. Mail, postage pre-paid, on this 7th day of April 2009, as prescribed by law to the following persons:

B. Michael Easley
*Attorney for Plaintiff*

Mr. James K. Mondl
Mr. Richard D. McNelley
*Attorneys for Union Pacific Railroad Company*

Mr. Chalk S. Mitchell
*Attorney for Union Pacific Railroad Company*

/s/Randy P. Murphy, Bar No. 88046
E-mail: murphy@amhfirm.net
ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas  72201
(501)372-1887

*Attorney for Mr. Maintenance, Inc.*