IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOE WALKER, II                                                                  PLAINTIFF

VS.                              NO. 2:07CV67

MR. MAINTENANCE, INC.
and UNION PACIFIC RAILROAD COMPANY                                 DEFENDANTS

### PRE-TRIAL DISCLOSURE REPORT

Comes defendant, Mr. Maintenance, Inc., and for its pre-trial disclosure report, states:

(1) The identity of the party submitting information.

Mr. Maintenance, Inc. ("Mr. Maintenance")

(2) The names, addresses, and telephone numbers of counsel for the party.

Randy P. Murphy
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas   72201
501-372-1887

(3) A brief summary of claims and relief sought.

This lawsuit arises from an incident on April 6, 2005, at the Union Pacific Railroad Yard in Marion, Arkansas. Union Pacific Railroad Company ("UP") leased the yard to H&M International Transportation, Inc., ("H&M"). H&M employed plaintiff, Joe Walker, II. Mr. Walker alleges that he slipped on an oily substance in the yard on April 6th, resulting in injuries to his left shoulder and left knee.

Plaintiff subsequently filed suit against Mr. Maintenance and UP. Plaintiff contends that Mr. Maintenance contracted with UP to provide maintenance to lift equipment (i.e., cranes) used in the yard. Plaintiff further contends that Mr. Maintenance knew or should have known that the cranes

were leaking oil and/or hydraulic fluids, but failed to clean-up the oil and/or hydraulic fluids.

With respect to plaintiff's claim against UP, plaintiff alleges that UP failed to maintain sufficient lighting conditions in the yard. UP denies that it owed any duty to plaintiff.

(4) Prospects of settlement.

The parties are agreeable to a settlement conference pending the Court's ruling on the motions for summary judgment filed by Mr. Maintenance and UP.

(5) The basis for jurisdiction or objections to jurisdiction.

Diversity of citizenship.

(6) A list of pending motions.

First, Mr. Maintenance and UP have filed motions for summary judgment.

Second, Mr. Maintenance filed a motion *in limine* regarding the admissible amount of plaintiff's medical bills pursuant to the Civil Justice Reform Act. The motion is moot given the Arkansas Supreme Court's recent decision in Johnson v. Rockwell Automation, Inc.

Third, plaintiff filed a motion for continuance or extension of the discovery deadline. UP objected to the continuance or extension.

Fourth and finally, Mr. Maintenance anticipates filing motions *in limine* on several evidentiary issues prior to trial.

(7) A concise summary of facts.

This lawsuit arises from an incident on April 6, 2005, at the UP in Marion, Arkansas. UP leased the railroad yard to H&M. H&M employed plaintiff, Joe Walker, II. Plaintiff alleges that he slipped on an oily substance in the yard on April 6th, resulting in injuries to his left shoulder and left knee. Mr. Maintenance denies any liability to

plaintiff while UP denies that it owed any duty to plaintiff.

(8) All proposed stipulations.

None at this time.

(9) The issues of fact expected to be contested.

a) Whether Mr. Maintenance was negligent with respect to its maintenance of the lift equipment; and

b) Whether UP owed plaintiff a duty.

(10) The issues of law expected to be contested.

None at this time.

(11) A list and brief description of all anticipated exhibits, documents, charts, graphs, models, schematic diagrams, summaries and similar objects that may be used in any part of the trial, segregating those exhibits the party expects to use from those the party may use.

Exhibits that defendant **expects** to use at trial include the following:

a) Plaintiff's medical records;

b) The incident/accident report prepared by H&M;

c) Photographs depicting the UP yard in Marion, Arkansas; and

d) The contract between Mr. Maintenance and UP.

Exhibits that defendant **may** use at trial includes the following:

a) Any exhibits identified by plaintiff for use at trial;

b) Any exhibits identified by UP for use at trial; and

c) Portions of the deposition transcripts of any party taken in this case including plaintiff and Mr. Drew Roberts.

(12) The names, addresses, and telephone numbers of all anticipated witnesses, segregating those witnesses the party expects to call from those the party may call, and identifying those witnesses whose testimony will be presented by deposition. (This does not include witnesses to be used solely for impeachment or rebuttal whose identity is not yet known).

Defendant **expects to call**, as witnesses, the following person(s):

a) Jeff Lambert
Mr. Maintenance, Inc.
6051 Peyton Road
Coldwater, Mississippi  38618
901-301-0944

b) Troy Williams
H&M International Transportation, Inc.
5500 Kuhn Road
Marion, Arkansas  72364
501-373-2860

c) Tommy Dickerson
H&M International Transportation, Inc.
5500 Kuhn Road
Marion, Arkansas  72364
501-373-2860

Defendant **may** call, as witnesses, the following person(s):

a) Joe Walker, II, plaintiff

b) Drew Roberts
612 Pryor
West Memphis, Arkansas  72301
901-486-1539

c) Kenny Voyles
H&M International Transportation, Inc.
5500 Kuhn Road
Marion, Arkansas  72364
501-373-2860

4

    d)    Galen Maxwell
          H&M International Transportation, Inc.
          5500 Kuhn Road
          Marion, Arkansas  72364
          501-373-2860

    e)    William Turner
          H&M International Transportation, Inc.
          5500 Kuhn Road
          Marion, Arkansas  72364
          501-373-2860

    f)    Plaintiff's medical care providers;

    g)    Plaintiff's medical records custodians;

    h)    Any person(s) named by plaintiff as a witness or potential witness; and

    i)    Any person(s) named by UP as a witness or potential witness.

(13) The current status of discovery.

    Discovery is believed to be complete.

(14) An estimate of the length of trial.

    Two to three days.

    WHEREFORE, defendant, Mr. Maintenance, Inc., submits its pre-trial disclosure report in accordance with this Court's Final Scheduling Order.

                                Respectfully submitted,

                                /s/ Randy P. Murphy, Bar No. 88046
                                E-mail: murphy@amhfirm.net
                                **ANDERSON, MURPHY & HOPKINS, L.L.P.**
                                400 West Capitol Avenue, Suite 2470
                                Little Rock, Arkansas  72201
                                (501)372-1887
                                Attorney for Separate Defendant
                                Mr. Maintenance, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following:

B. Michael Easley
*Attorney for Plaintiff*

Mr. James K. Mondl
Mr. Richard D. McNelley
*Attorneys for Union Pacific Railroad Company*

Mr. Chalk S. Mitchell
*Attorney for Union Pacific Railroad Company*

    /s/ Randy P. Murphy, Bar No. 88046
    E-mail: murphy@amhfirm.net
    **ANDERSON, MURPHY & HOPKINS, L.L.P.**
    400 West Capitol Avenue, Suite 2470
    Little Rock, Arkansas 72201
    (501)372-1887
    Attorney for Separate Defendant
    Mr. Maintenance, Inc.