IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

---

**JOE WALKER, II**                                                             **PLAINTIFF**

VS.                                   NO. 2:07CV67

**MR. MAINTENANCE, INC. and**
**UNION PACIFIC RAILROAD COMPANY**                      **DEFENDANTS**

---

### PLAINTIFF'S PRE-TRIAL DISCLOSURE REPORT

---

Comes Plaintiff, Joe Walker, by and through his attorneys, Easley & Houseal, P.A., and for his pre-trial disclosure, states:

1. The identity of the party submitting information is

**Joe Walker, II**

2. The names, addresses, and telephone numbers of counsel for the party.

**B. Michael Easley, P.O. Box 1115, 510 East Cross Street, Forrest City, AR 72335, (870) 633-1447.**

3. A brief summary of claims and relief sought.

**Plaintiff concurs with the summary submitted by Mr. Maintenance.**

4. Prospects of settlement.

**The parties will attend a settlement conference in the near future.**

5. The basis for jurisdiction or objections to jurisdiction.

**Diversity jurisdiction. Plaintiff has no objection to the Court's jurisdiction.**

6. A list of pending motions.

- **Plaintiff's Motion for Continuance**
- **UP's Motion for Summary Judgment**
- **Mr. Maintenance's Motion for Summary Judgment**

7. A concise summary of facts.

**Plaintiff agrees with Mr. Maintenance's summary, but adds the following on damages: Plaintiff has had two surgeries, and has been advised to have another; however, he is financially unable to do so, since the work comp carrier has appealed the order directing them to pay for the surgery.**

8. All proposed stipulations.

**None at this time; Plaintiff can stipulate to none of UP's proposed stipulations because they basically argue UP's contentions in the case.**

9. The issue of fact expected to be contested.

1. **Whether any of the parties was negligent in causing Plaintiff's fall.**

2. **The extent of Plaintiff's damages.**

10. The issues of law expected to be contested.

**There are none known at this time. The Court presently has summary judgment motions under consideration, and the Court will decide the major issues of law in its rulings.**

11. A list and brief description of all anticipated exhibits, documents, charts, graphs, models, schematic diagrams, summaries and

similar objects that may be used in any part of the trial, segregating those exhibits the party expects to use from those the party may use. Exhibits Plaintiff <u>expects</u> to use at trial include the following:

     A.    **Approximately 90 photos of the lighting;**
     B.    **Approximately 30 photos of the scene, signs, and other areas with oil, others with sawdust**
     C.    **Approximately 5 photos of Plaintiff's injuries.**
     D.    **All medical records of Plaintiff.**
     E.    **Plaintiff's medical expense summary, with attached medical bills**
     F.    **Videotaped deposition of Dr. Harold Knight (should the Court permit such a late deposition)**
     G.    **The deposition of Jodie Davis**
     H.    **H & M Lease of Ebony Yard**
     I.    **Contract between H & M International and UP**
     J.    **Contract between Bobby Davis Electric and UP**
     K.    **Contract between Mr. Maintenance & UP**
     L.    **Diagram/schematic of Ebony Yard**
     M.    **All records and orders from Workman's Compensation Commission.**

12.    The names, addresses and phone numbers of all anticipated witnesses, segregating those witnesses the party expects to call from those witnesses the party may call, and identifying those witnesses whose testimony will be presented by deposition. (This does not include witnesses to be used solely for impeachment or rebuttal whose identity is not yet known).

**Plaintiff, Joe Walker, II--; Drew Roberts—612 Pryor, West Memphis, AR 72301, (901) 486-1539; Jodie Davis—Davis Electric, 2979 Sandbrook St., Memphis, TN 38116, (901) 345-1636.**

Witnesses Plaintiff may call at trial:   **Kenny Voyles, H & M, 5500 Kuhn Road, Marion, AR 72364, (501) 373-2860.**

13.   The current status of discovery.

**Discovery is incomplete, because Plaintiff has not yet had the second surgery to his knee. That condition is beyond his control. Surgery has been ordered by the work comp ALJ, but that order is currently under appeal. Plaintiff has no other insurance, and cannot self-pay. Brief depositions are needed of all medical care providers (hospital, surgeon, anesthesiologists, physical therapists, etc.) to establish the probable cost of Plaintiff's surgery, if the work comp carrier has not been forced to pay for it by time of trial.**

**14.**   An estimate of the length of trial.  **2-3 days**

EASLEY & HOUSEAL, P.A.
Attorneys for Plaintiff

By: /s/ B. Michael Easley
B. Michael Easley (74041)
P.O. Box 1115
Forrest City, AR 72336-1115
(870) 633-1447

## CERTIFICATE OF SERVICE

I, B. MICHAEL EASLEY, one of the attorneys for the Plaintiff in this cause, do hereby certify that on this 8th day of May, 2009 I electronically filed the foregoing with the Clerk using the CM/ECF System which will send notification of such filing to the following:

Mr. Randy Murphy
Anderson, Murphy & Hopkins, LLP
400 W. Capitol Avenue, Suite 2470
Little Rock, AR 72201

Mr. Richard D. McNelley
Tonkin & Mondl, L.C.
Gateway One
701 Market Street, Suite 260
St. Louis, MO 63101

_____
B. MICHAEL EASLEY