**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**JOE WALKER, II**                                                                                        **PLAINTIFF**

**v.**                                              **2:07CV00067 BSM**

**MR. MAINTENANCE, INC.;**
**and UNION PACIFIC RAILROAD CO.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order of this date, granting defendants' motions for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 19th day of May, 2009.


_____
UNITED STATES DISTRICT JUDGE